AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
|---|---|---|
| 2:22-mc-50118-1 | 1/27/2022  2:35 pm | SA D. Ghareeb, HSI |

Inventory made in the presence of:

—

Inventory of the property taken and name of any person(s) seized:

Iphone 11 Promax model MWFR2LL/A
Serial number FCJCTOSTN70G

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/15/2022

_Executing officer's signature_

Special Agent Joseph M. Holzman
_Printed name and title_